**No. 10-11214. Brian Edward Griffin, Petitioner v. Pennsylvania.**

565 U.S. 873, 132 S. Ct. 229, 181 L. Ed. 2d 128, 2011 U.S. LEXIS 7073, 

October 3, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 6 A.3d 568.

**No. 10-11215. Tony Eugene Grimes, Petitioner v. Alabama.**

565 U.S. 873, 132 S. Ct. 229, 181 L. Ed. 2d 128, 2011 U.S. LEXIS 6687.

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 92 So. 3d 817.

**No. 10-11216. Robert Lee Green, Petitioner v. James Rudek.**

565 U.S. 873, 132 S. Ct. 229, 181 L. Ed. 2d 128, 2011 U.S. LEXIS 6945.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 398 Fed. Appx. 328.

**No. 10-11219. Gerard Jerry Snapp, Petitioner v. United States.**

565 U.S. 873, 132 S. Ct. 229, 181 L. Ed. 2d 128, 2011 U.S. LEXIS 7112.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 423 Fed. Appx. 706.

**No. 10-11220. Feliciano Gilberto Rojas-Vivar, Petitioner v. United States.**

565 U.S. 873, 132 S. Ct. 229, 181 L. Ed. 2d 128, 2011 U.S. LEXIS 6879.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 424 Fed. Appx. 665.

**No. 10-11221. Roger L. Wyatt, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division, et al.**

565 U.S. 873, 132 S. Ct. 229, 181 L. Ed. 2d 128, 2011 U.S. LEXIS 6556.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 405 Fed. Appx. 846.

**No. 10-11222. Ralph Stevens Baze, Jr., Petitioner v. Philip Parker.**

565 U.S. 873, 132 S. Ct. 230, 181 L. Ed. 2d 128, 2011 U.S. LEXIS 6935.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 632 F.3d 338.

**No. 10-11223. Shawn Windsor, Petitioner v. Kentucky.**

565 U.S. 873, 132 S. Ct. 230, 181 L. Ed. 2d 128, 2011 U.S. LEXIS 7141.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Kentucky denied.

Same case below, 413 S.W.3d 568.